■ In the Matter of NORTHSIDE SALVAGE YARD, INC., Appellant, v BOARD OF APPEALS OF THE TOWN OF PITTSFORD, Respondent. (Appeal No. 1.) [608 NYS2d 13] —Judgment unanimously affirmed without costs. Memorandum: We reject petitioner's argument that the repeal of Town Law § 267 (6) abolished respondent's jurisdiction to initiate a rehearing under that section after the effective date of the repeal. Pursuant to CPLR 4511, we take judicial notice of Pittsford Town Code § 25-1200 (j), which gave respondent jurisdiction to conduct the hearing at issue.

■ In the Matter of NORTHSIDE SALVAGE YARD, INC., Appellant, v BOARD OF APPEALS OF THE TOWN OF PITTSFORD, Respondent. (Appeal No. 2.) [608 NYS2d 132] —Judgment unanimously reversed on the law without costs and petition granted. Same Memorandum as in *Matter of Northside Salvage Yard v Board of Appeals* (199 AD2d 1001 [decided herewith]). (Appeal from

Judgment of Supreme Court, Monroe County, Calvaruso, J.—
Article 78.) Present—Pine, J. P., Balio, Lawton and Doerr, JJ.